■ WARD K. JANSEN, Respondent, v. JOHN J. KELLY et al., Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 15, 1959 and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ ALTHEA MYERS, Plaintiff, v. HAZEL PAULUS, Defendant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ERNEST GERSHENFELD, Appellant, against MYRTLE CURIOSITY SHOP et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ DONALD HOOVER, by RICHARD HOOVER, His Guardian ad Litem, et al., Appellants, v. HOWARD A. DISBRO et al., Respondents.— Motion to dismiss appeal denied, without costs, and without prejudice. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARY ZAZVERSKY, as Administratrix of the Estate of STEPHEN ZAZVERSKY, Deceased, Respondent, v. HYMAN IMMERMAN, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of WILLIAM ISADORE DIAMOND, Respondent, against FRAN-JO CAB CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file and serve record and brief on or before December 15, 1959, and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ELIZABETH VAN WOERT, Respondent, against ITHACA SAVINGS BANK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file and serve record and brief on or before December 15, 1959, and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. The findings stated to have been served August 7, 1958 may be printed as a supplement to the record if the latter has been completed in printed form. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.